**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| EUSEBIO SOLOMAN GONZALEZ,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orlean Field Office,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03360-SHL-tmp |

**ORDER STAYING TRANSFER AND REQUIRING RESPONSE**

On October 14, 2026, pro se Petitioner Eusebio Soloman Gonzalez filed the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.[1] (ECF No. 1.) He challenges his continuous ICE custody without a bond hearing. (See id. at PageID 2.) Petitioner states that he is a citizen of Guatemala who "has lived in Tennessee since 2011." (Id. at PageID 10.) He is the father of three United States citizen children. (Id.) He was arrested by ICE on his way to work. (Id. at PageID 11.) He seeks, among other things, an order staying his transfer outside of the Western District of Tennessee and requiring Respondent to show cause why Petitioner's writ should not be granted, and immediate release. (Id. at PageID 16.)

On May 11, the Sixth Circuit issued the opinion in Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), affirming that a noncitizen who has spent "significant time . . . within the

[1] On October 15, Petitioner also filed an Emergency Motion for Temporary Restraining Order Prohibiting Transfer out of the District, and a Motion for Leave to Issue Process and to Direct Service by the United States Marshal. (ECF Nos. 3, 4.) Because this Order grants the relief sought by those motions, staying Petitioner's transfer and directing service on the United States Attorney for the Western District of Tennessee, both motions are also **GRANTED**.

interior of the United States," and who has not committed an offense rendering them ineligible under § 1226(c), may not be detained without an individualized bond hearing. 175 F.4th at 734.

Upon review of the Petition, it is **ORDERED** as follows:

(1) The Clerk of Court shall email copies of **the Petition (ECF No. 2) and this Order (ECF No. 6)** to the United States Attorney for the Western District of Tennessee at the following email address: **stuart.canale@usdoj.gov**.

(2) Within **three business days** of the filing of this Order, Respondent shall respond to the Petition in writing. If the basis of Petitioner's detention is 8 U.S.C. § 1225(b)(2)(A) and Respondent continues to oppose release, Respondent shall either distinguish this case from Lopez-Campos v. Raycraft, 175 F.4th 713 (6th Cir. 2026), or state why Lopez-Campos otherwise does not apply. If no such showing is made, Respondent shall state whether he consents to the issuance of the writ.

(3) Petitioner shall file a reply after Respondent's responsive filing.

(4) Respondent **SHALL NOT** transfer Petitioner out of the West Tennessee Detention Facility during the pendency of the Petition. If Petitioner has already been transferred, Respondent **SHALL** immediately transfer him back to the Western District of Tennessee.

**IT IS SO ORDERED,** this 19th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE